IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN OPEN COURT
U.S.D.C. Atlanta

FEB 2 1 2020

James N. Hatten, Clerk
By: _____
Deputy Clerk

CAROLINE CROLAND,

    Plaintiff,

v.

STEPHENSON CAMILLE,

    Defendant.

CIVIL ACTION NO.

1:15-CV-3303-RWS

## VERDICT

### SECTION I – FOURTH AMENDMENT CLAIM

1. Do you find that immediately prior to her arrest, Ms. Croland made physical threats or physically aggressive movements toward another person in combination with her words and conduct?

   **X** Yes      ____ No

   **If your answer is "Yes," proceed to Question 2.**
   **If your answer is "No," proceed to Question 3.**

2. Based on the circumstances and facts that were known to Officer Camille at the time of Ms. Croland's arrest, do you find that Officer Camille intentionally committed acts that violated Ms. Croland's Fourth Amendment right not to be arrested without probable cause?

   ____ Yes      **X** No

   **If your answer is "Yes," proceed to Question 3.**
   **If your answer is "No," answer no additional questions. Your deliberations are complete.**

1

## SECTION II – FIRST AMENDMENT CLAIM

3. Based on the circumstances and facts that were known to Officer Camille at the time of Ms. Croland's arrest, do you find that Officer Camille intentionally committed acts that violated Ms. Croland's right to not be arrested in retaliation for exercising her First Amendment rights of free speech?

    \_\_\_\_ Yes        \_\_\_\_ No

    **If your answer is "Yes," proceed to Question 4.**
    **If your answer is "No," proceed to Question 5.**

4. Did Officer Camille prove by a preponderance of the evidence that he would have arrested Ms. Croland for her conduct even if she had not been exercising her First Amendment rights?

    \_\_\_\_ Yes        \_\_\_\_ No

    **Proceed to Question 5.**


## SECTION III – DAMAGES

5. Do you find that Ms. Croland should be awarded compensatory damages?

    \_\_\_\_ Yes        \_\_\_\_ No

    **If your answer is "Yes," state in what amount.**

    What amount? _____

    **If your answer is "No," answer no additional questions.**


**Your deliberations are complete.**

2

SO SAY WE ALL.

This 21 day of February, 2020.

                                                      *Melissa Dyer*
                                                      Foreperson